FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 26 PM 2:34

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BOLLINGER LAROSE, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4240 |
| VERSUS | * | |
| | * | SECTION SECT. S MAG. 1 |
| RAYTHEON COMPANY, *in personam*, OSV ROSEANNA, her engines, tackle, equipment and furnishings, etc., *in rem.* | * | |
| | * | MAGISTRATE |
| | * | |

*  *  *  *  *  *  *  *

**VERIFIED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bollinger Larose, LLC, who brings this Complaint against Raytheon Company, *in personam*, and the OSV ROSEANNA Official Number 599608, its engines, tackle, equipment, and furnishings, etc. *in rem*, and alleges upon information and belief as follows:

1.

This cause is within the admiralty and maritime jurisdiction of this Honorable Court pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, 28 U.S.C. §1333, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2.

Venue in this action is properly found in this Honorable Court pursuant to 28 U.S.C. §1391(b).

___ Fee 250.
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

3.

Plaintiff Bollinger Larose, LLC is a Louisiana company registered to do business in the State of Louisiana.

4.

Made defendants herein are:

1) Raytheon Company is a Delaware Corporation with its principal place of business in the State of Massachusetts, which is authorized to do and doing business within the jurisdiction of this Honorable Court.

2) The OSV ROSEANNA, Official Number 599608, her engines, tackle, apparel, boilers, equipment, and appurtenances, etc., *in rem*, a vessel flying the flag of the United States of America, which is presently located within the territorial jurisdiction of this Honorable Court.

5.

At the request of Raytheon in 2004, Bollinger provided labor services, repairs and related necessaries to the OSV ROSEANNA.

6.

Bollinger has not been paid for all of the repairs and necessaries provided to the OSV ROSEANNA. Bollinger recorded its maritime lien against the vessel with the National Vessel Documentation Center.

7.

Bollinger is entitled to payment from Raytheon, and is further entitled to enforce a maritime lien against the OSV ROSEANNA for unpaid repairs and necessaries under 46 U.S.C. § 31301(4).

8.

Bollinger requests that this Court issue a warrant of arrest for the OSV ROSEANNA, her engines, tackle, apparel, boilers, equipment, and appurtenances, etc. and that after due proceedings, said vessel be sold to satisfy Bollinger's claim.

9.

The OSV ROSEANNA is presently within the territorial District of this Honorable Court.

10.

Pursuant to local rule, Bollinger agrees to hold harmless and indemnify the U.S. Marshal and all of its deputies from any and all liability as a result of seizing the aforesaid property.

**WHEREFORE,** Bollinger Larose, LLC prays:

1) That process *in rem* pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure issue against the OSV ROSEANNA, its engines, boilers, tackle, etc. and that all persons having or claiming any interest therein be cited to appear in and answer, under oath, all and singular the matters aforesaid, and that the OSV ROSEANNA be seized, condemned and sold to satisfy all amounts owned Bollinger as set forth herein;

2) That there be judgment *in rem* against the OSV ROSEANNA as provided by 46 U.S.C. §31342 in the full amount due, including prejudgment interest, costs, expenses and attorneys' fees;

3) That any property attached in this proceeding be sold under the direction of this Court and the proceeds of the sale be brought in this Court to satisfy all amounts owed Bollinger as set forth herein;

4) That there be judgment against Raytheon for any damages not satisfied from the sale of or security provided for OSV ROSEANNA;

5) That this Court grant Plaintiff such other and further relief which it may deem just and proper.

Respectfully submitted,

**REICH, MEEKS & TREADAWAY, L.L.C.**

ROBERT S. REICH (#11163)
LAURENCE R. DEBUYS IV (#14202)
634 Village Lane North, Suite 106
Mandeville, Louisiana 70471
Tel: (985) 727-4161
Fax: (985) 727-9240
***Attorneys for Bollinger Larose, LLC***

**SERVICE INSTRUCTIONS:**

Please withhold arrest of the OSV ROSEANNA, its engines, tackle, equipment and furnishings, etc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BOLLINGER LAROSE, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO. 05 4240 |
| VERSUS | * | |
| | * | SECTION SECT. S MAG. 1 |
| RAYTHEON COMPANY, *in personam*, OSV ROSEANNA, her engines, tackle, equipment and furnishings, etc., *in rem.* | * | MAGISTRATE |
| | * | |
| * * * * * * * | * | |

**VERIFICATION**

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BEFORE ME,** the undersigned authority, personally came and appeared

**ROBERT S. REICH**

who, after being duly sworn, did depose and say:

1. That he is an attorney at law admitted to practice in the Courts of the State of Louisiana, before this Honorable Court, and is a member of Reich, Meeks & Treadaway, L.L.C., attorneys for the plaintiff herein; and

2. That he has read the foregoing Complaint and knows the contents thereof, and that the same are true and correct to the best of his knowledge, information and belief based on information provided to him by Bollinger Larose, LLC.

ROBERT S. REICH

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 24 DAY OF SEPTEMBER, 2005.

NOTARY PUBLIC

L.R. DeBuys IV
(Printed Name)

14202
(Bar Roll No.)