FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -1 PM 3:17
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BOLLINGER LAROSE, L.L.C.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 054240** |
| **RAYTHEON COMPANY, *in Personam*, OSV ROSEANNA, her** | * | **SECTION "S"** |
| **engines, tackle, equipment and furnishings, etc., *in rem*** | * | **MAGISTRATE 1** |

**************************************

**ANSWER ON BEHALF OF RAYTHEON COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes Raytheon Company ("Raytheon"), and for answer to the Complaint of Bollinger Larose, L.L.C. ("Bolinger"), represents upon information and belief:

**FIRST DEFENSE**

Plaintiff fails to state a claim against this defendant upon which relief can be granted.

**SECOND DEFENSE**

This case should be transferred pursuant to the "First to File" Rule to the United States District Court for the District Court of Rhode Island where another suit involving



___ Fee________
___ Process________
X Dktd________
___ CtRmDep________
___ Doc. No________

the same factual issues, the same contract, and other issues that substantially overlap the issues presented in the present case is pending in Civil Action No. 05-371-S, entitled "Raytheon v. Bollinger Shipyard, Inc.," which was filed in that Court on 29 August 2005, prior to the present civil action being filed.

**THIRD DEFENSE**

This cause of action should be transferred to the United States District Court for the District of Rhode Island based on 28 U.S.C. §1404.

**FOURTH DEFENSE**

Alternatively, and for answer to the individual allegations of plaintiff's Complaint, Raytheon:

Maintains no response is required to Article 1 because it states a legal conclusion, but if a response is required, the allegations are denied;

Maintains no response is required to ARticle 2 because it states a legal conclusion, but if a response is required, the allegations are denied;

Admits Articles 3 and 4;

Denies Article 5, except that it admits that pursuant to the applicable contract, Bollinger installed certain equipment in connection with the testing completed by Raytheon of a defense system;

Denies Articles 6, 7, 8 and 9;

Maintains that no response is required to Article 10 because it states a legal conclusion, but if a response is required, the allegations are denied.

**FIFTH DEFENSE**

Plaintiff has failed to mitigate its damages.

**WHEREFORE,** defendant prays:

1. That its answer to plaintiff's Complaint be deemed good and sufficient;

2. Plaintiff's suit be transferred to the United States District Court for the District of Rhode Island;

3. Alternatively, plaintiff's suit be dismissed at plaintiff's cost;

4. For all general and equitable relief as the law and nature of the case may allow.

Respectfully Submitted,

RAYTHEON COMPANY
By its Attorneys,

MURPHY, ROGERS, SLOSS & GAMBEL

Robert H. Murphy (#9850)
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA 70139
Telephone: (504) 523-0400
Telefax: (504) 523-5574

Of Counsel:

William E. O'Gara (R.I. Bar #4257)
PANNONE LOPES & DEVEREAUX
One Financial Plaza, Suite 1800
Providence, RI 02903
Telephone: (401) 824-5100
Telefax: (401) 824-5123

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have on this 1st day of May 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

[signature]