**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BOLLINGER LAROSE, LLC,
PLAINTIFF

    v.                                                C.A. No. 06-380T

RAYTHEON COMPANY, ET AL.,
DEFENDANTS

**SHOW CAUSE ORDER**

On or before **February 29th, 2008,** Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

                                             By Order,

                                             /s/ [signature]
                                             Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge
Date: 1/29/08

FORMS/SHWCAUS2.ORD