UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BOLLINGER LAROSE, LLC,
Plaintiff

v. CA No. 06-380T

RAYTHEON COMPANY, ET AL.,
Defendants

**ORDER OF DISMISSAL**

On January 29th, 2008 this Court issued an order directing the plaintiff to show cause, on or before February 29th, 2008, why this case should not be dismissed for lack of prosecution. The Court, having received no response from the Plaintiff to the Show Cause Order, hereby dismisses the matter without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 3/12/08